DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANDRA Y. VARGAS,**
Appellant,

v.

**JUAN C. VARGAS,**
Appellee.

No. 4D16-2952

[October 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2010-DR-008819-XXXX-NB.

Lane Weinbaum of Weinbaum P.A., Plantation, for appellant.

Gabrielle D'Agostino, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***